Marc P. Miles (Bar No. 197741)
mmiles@shb.com
Laura M. Booth (Bar No. 179857)
lbooth@shb.com
SHOOK HARDY & BACON LLP
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614
Telephone: (949) 475-1500
Facsimile: (949) 475-0016

Attorney for Defendants,
JETSUITE, INC. and SUPERIOR AIR
CHARTER, LLC

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dr. Lokesh Tantuwaya MD, Inc. | Case No.: **'19 CV0049 W    BLM** |
| Plaintiff, | Judge:<br>Ctrm: |
| v. | **DEFENDANTS' NOTICE OF REMOVAL** |
| JetSuite, Inc. and Superior Air Charter, LLC | [Removed from San Diego County Superior Court No. 37-2018-0061388-CU-BC-CTL] |
| Defendants. | [Filed concurrently with Notice of Party with Financial Interest And Corporate Disclosure Statement; Notice of Related Case; and Civil Cover Sheet] |
| | Complaint Filed: December 5, 2018 |

TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants JetSuite, Inc. and Superior Air Charter file this Notice of Removal to remove this civil action from the Superior Court of the State of California, San Diego County, wherein it was filed as Case No. 37-2018-0061388-CU-BC-CTL, to the

DEFENDANTS' NOTICE OF REMOVAL

United States District Court for the Southern District of California, and shows unto this Honorable Court as follows:

## THE REMOVED ACTION

1.     On or about December 5, 2018, Plaintiff Dr. Lokesh Tantuwaya, MD, Inc. filed a civil action Complaint for Damages ("Complaint") in the Superior Court of the State of California, County of San Diego, styled *Dr. Lokesh Tantuwaya MD Inc. v. JetSuite, Inc.; Superior Air Charter, LLC, and Does 1 through 20 inclusive,* Case No. 37-2018-0061388-CU-BC-CTL.   Superior Air Charter, LLC was served with the Complaint on or about December 11, 2018, and JetSuite, Inc. was served with the Complaint on or about December 12, 2018.  A true and correct copy of all process and pleadings served upon Defendants are attached hereto as **Exhibit A** and are incorporated herein by reference.  Plaintiff's Complaint alleges breach of contract and bad faith tortious breach of the implied covenant of good faith and fair dealing, seeking damages and declaratory relief.

## REMOVAL IS APPROPRIATE AND TIMELY

2.     Under 28 U.S.C. § 1446(b), defendants may remove within thirty (30) days after receipt of a pleading, motion, or other paper from which it may first be ascertained that the case has become removable.  Moreover, for this action to be removed on diversity grounds, it must be removed within one year after commencement of the action.

3.     Defendants' removal is therefore timely because the notice of removal is filed within thirty (30) days of December 11, 2018, and within one year after commencement of the action.

## DIVERSITY OF CITIZENSHIP EXISTS

4.     Complete diversity of citizenship exists between the parties.

5.     Diversity jurisdiction is measured considering the "state of things at the time of the action brought." *Grupo Dataflux v. Atlas Global Group, L.P*, 541 U.S.

DEFENDANTS' NOTICE OF REMOVAL

567, 570 (2004); *3123 SMB LLC v. Horn,* 880 F.3d 461, 467 (9th Cir. 2018). Therefore, a party's citizenship must be assessed pursuant to its applicable domicile(s) at the time of the Complaint's filing. *Id.*

6.    For purposes of diversity, a corporation is a citizen of its state of incorporation and the state where its principal place of business (*i.e.* its "nerve center") is located. 28 U.S.C. § 1332 (c)(1); *Hertz Corp. v. Friend*, 559 U.S. 77, 93 (2010);. *Horn*, 880 F.3d at 465.

7.    According to the Complaint, Plaintiff Tantuwaya is a corporation duly organized and existing under the laws of the State of California.

8.    Defendant JetSuite, Inc. is (and was at the time Plaintiff filed suit) a corporation duly organized and existing under the laws of the State of Delaware with its principal place of business in Dallas, Texas. Affidavit of Alex Wilcox, **Exhibit B**.

9.    Defendant Superior Air Charter, LLC is (and was at the time Plaintiff filed suit) a limited liability company duly organized and existing under the laws of the State of Delaware with its principal place of business in Dallas, Texas. Affidavit of Alex Wilcox, **Exhibit B**.

10.    A limited liability company is a citizen of every state of which its members are citizens. *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). The only member of Superior Air Charter, LLC is Defendant JetSuite, Inc.    Affidavit of Alex Wilcox, **Exhibit B**, ¶ 5.

11.    Thus, for diversity purposes, Superior Air Charter, LLC is a citizen of the state of Delaware and Texas.

12.    Defendants JetSuite, Inc. and Superior Air Charter, LLC are not and were not at the time this case was filed, citizens of the State of California within the meaning of the Acts of Congress relating to the removal of cases. *See* Affidavit of Alex Wilcox, **Exhibit B**.

DEFENDANTS' NOTICE OF REMOVAL

13.   The fictitious defendants named in the complaint as Does 1 through 20 are disregarded for purposes of assessing diversity of citizenship.  *See* 28 U.S.C. § 1441(a).

14.   Therefore, complete diversity of citizenship is satisfied under 28 U.S.C. § 1332(a)(2).

## THE AMOUNT IN CONTROVERSY IS SATISFIED

15.   A defendant may set forth facts in its notice of removal that demonstrate that the amount in controversy exceeds $75,000.  *Singer v. State Farm Mutual Auto. Ins. Co.,* 116 F.3d 373, 377 (9th Cir. 1977).

16.   Plaintiff's Complaint alleges damages in the amount of at least $2,000,000.

17.   Therefore, the state court action may be removed to this Court by defendant in accordance with the provisions of 28 U.S.C. § 1441(a) because (i) this action is a civil action pending within the jurisdiction of the United States District Court for the Southern District of California; (ii) this action is between citizens of different states; and (iii) the amount in controversy exceeds $75,000, exclusive of interest and costs.

18.   Pursuant to the facts stated above, this action is one in which the District Courts of the United States have original jurisdiction pursuant to 28 U.S.C. § 1332 because it is a civil action with a matter in controversy that exceeds the sum or value of $75,000.

//

//

//

//

//

//

DEFENDANTS' NOTICE OF REMOVAL

## PROCEDURAL REQUIREMENTS FOR REMOVAL

19.   As required by 28 U.S.C. § 1446(a), attached as **Exhibit A** are copies of all pleadings and orders in possession of Defendants in the removed action.

20.   **Exhibit A** constitutes all the papers and pleadings received and served to date in this matter.  28 U.S.C. § 1446(a).

21.   This Notice of Removal is filed pursuant to 28 U.S.C. §1441 and within the time prescribed by 28 U.S.C. § 1446.

22.   This Notice of Removal is timely in that the requirements for diversity are met and it is brought within the time period required for removal under 28 U.S.C. § 1441 and Fed. R. Civ. P. 6(a)(1)(C).  In addition, the Notice of Removal is timely in that it was filed within one year of the filing of Plaintiff's Complaint as required by 28 U.S.C. § 1441(b).

23.   Venue is proper pursuant to 28 U.S.C. §§ 1391(a) and 1441(a) because this Court is the United States District Court for the district and division corresponding to the place where the Complaint alleges a substantial part of the events giving rise to Plaintiff's claim occurred, and where the state court action was pending.

## THE OTHER REMOVAL PREREQUISITES HAVE BEEN SATISFIED

24.   Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the clerk of the Superior Court of California, San Diego County.

25.   Pursuant to 28 U.S.C. § 1446(d), Defendants are providing written notice to Plaintiff.

26.   If any question arises as to the propriety of the removal of this action, Defendants respectfully request the opportunity to present a brief and oral argument in support of its position that this case is removable.

//

//

//

DEFENDANTS' NOTICE OF REMOVAL

1    WHEREFORE, Defendants JetSuite, Inc. and Superior Air Charter, LLC pray
2    that said action be removed to this Court, and that the Superior Court of the State of
3    California, San Diego County shall proceed no further in the action pending therein.
4
5    Dated:  January 8, 2019                                    SHOOK, HARDY & BACON L.L.P.
6
7                                                               By:_____/s/ Marc P. Miles_____
8                                                                        Marc P. Miles
                                                                         Laura M. Booth
9                                                               Attorney for Defendants
                                                                JetSuite, Inc. and Superior Air
10                                                              Charter, LLC
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DEFENDANTS' NOTICE OF REMOVAL

# **TABLE OF EXHIBITS**

Exhibit A1:  Summons  ............................................................................1

Exhibit A2:  Complaint  ..........................................................................2

Exhibit A3:  Civil Case Cover Sheet .......................................................12

Exhibit A4:  Notice of Case Assignment .................................................14

Exhibit A5:  Notice of Eligibility to eFile And Assignment to

Imaging Department ............................................................15

Exhibit A6:  Stipulation to Use of Alternative Dispute Resolution..........................16

Exhibit A7:  Alternative Dispute Resolution (ADR) Information ...........................17

Exhibit B:  Declaration of Alex Wilcox....................................................19

DEFENDANTS' NOTICE OF REMOVAL